William DE LOACH, Appellant,

v.

Robert R. BURGE and Alma E. Burge dba Centennial Terrace, Appellees.

No. 14443.

United States Court of Appeals Sixth Circuit.

Oct. 5, 1961.

B. J. Tally, Bay City, Mich., Marcus L. Friedman, Toledo, Ohio, John P. Purcell, Saginaw, Mich., for plaintiff-appellant.

William A. Finn, Thomas J. Manahan, Toledo, Ohio, for defendants-appellees.

Before MILLER, Chief Judge, and MARTIN and CECIL, Circuit Judges.

ORDER.

This cause is before the Court on an appeal from an order of the United States District Court, for the Northern District of Ohio, Western Division, granting summary judgment to the defendants-appellees.

Upon consideration of the record, the briefs and oral arguments of counsel, the Court finds that on motion in the District Court for summary judgment, the District Judge had before him the pleadings, the depositions of the plaintiff, William DeLoach, and his brother, Joseph F. DeLoach, and affidavits of the defendants and John R. Alspach, together with a survey of the premises where the plaintiff's accident occurred; that no counter-affidavits were filed on behalf of plaintiff and that upon this record the District Judge found that there was no genuine issue as to any material fact, and that the defendants were entitled to judgment as a matter of law.

The Court further finds that the judgment of the District Court is correct and should be sustained.

It is therefore ordered, adjudged and decreed that the judgment of the District Court be and it is hereby affirmed.

Rule 56, Federal Rules of Civil Procedure, 28 U.S.C.A.; Englehardt v. Phillips, 136 Ohio St. 73, 23 N.E.2d 829; Holm v. American Shipbuilding Co., 6 Cir., 276 F.2d 201, certiorari denied 364 U.S. 819, 81 S.Ct. 53, 5 L.Ed.2d 50.

FETZER TELEVISION, INC., Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 14418.

United States Court of Appeals Sixth Circuit.

Oct. 12, 1961.

Certiorari Denied Jan. 8, 1962.

See 82 S.Ct. 396.

Howard & Howard, Kalamazoo, Mich., for petitioner.

Marcel Mallet-Prevost, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for respondent.

Before MILLER, Chief Judge, and McALLISTER and WEICK, Circuit Judges.

ORDER.

The above cause coming on to be heard upon the record, the briefs of the parties, and the argument of counsel in open court, and it appearing that petitioner objects to the enforcement of the order of the National Labor Relations Board on the ground that it is not supported by substantial evidence on the record as a whole, and that the order of the Board is invalid because it is too broad; and the court being duly advised,

Now, therefore, it is adjudged and decreed that the Board's order was sustained by the evidence on the record as a whole; that the order was valid and proper under the circumstances of this case; and it is further decreed that the petition of the Board for enforcement of its order be and is hereby granted.